IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, Trustee,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACCU-BALANCE ASSOCIATES, INC., a California corporation,<br><br>    Defendant.<br>_____/ | No. 06-00772 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

The Court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation Re: Plaintiff's Motion for Default Judgment. No objections to the report were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED. The Clerk shall enter judgment.

Dated: 2/21/07

_____
CLAUDIA WILKEN
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California